# Joint Inspection Sign-in Sheet

**COMPLETE FIRE INVESTIGATION**

Insured: **GWR Equities, LLC**
Location: **6254 Warm Springs Rd. Columbus, GA**
Date of Inspection: **March 23, 2023**
Purpose: **Joint Site Exam**

Date of Loss: **October 12, 2022**
CFI Project #: **22-04610**
Exam Coordinator: **D. Adams**

*Place card or fill in the information*

---

Name: complete storage
Company: Henry kida
Address: _____
Telephone: _____
E-Mail: _____
Representing: GWR Equities

Name: Tony Loggins
Company: CSS
Address: _____
Telephone: _____
E-Mail: GWR Equities
Representing: C

---

Name: Ryan Cummings
Company: CSS
Address: _____
Telephone: _____
E-Mail: GWR Equities
Representing: _____

Name: _____
Company: _____
Address: _____
Telephone: _____
E-Mail: _____
Representing: _____

---

Name: Justin Wagstaff
Company: CSS
Address: _____
Telephone: _____
E-Mail: _____
Representing: GWR Equities

Name: _____
Company: _____
Address: _____
Telephone: _____
E-Mail: _____
Representing: _____

# Joint Inspection Sign-in Sheet

Insured: GWR Equities, LLC
Location: 6254 Warm Springs Rd. Columbus, GA
Date of Inspection: March 23, 2023
Purpose: Joint Site Exam

Date of Loss: October 12, 2022
CFI Project #: 22-04610
Exam Coordinator: D. Adams

*Place card or fill in the information*


Representing: GWR Equities

Name: Gaetano Fuschetto
Company: Fire
Address:
Telephone:
E-Mail: gfuschetto@forensicire.com
Representing: GWR


Representing:

Name:
Company: MorrFire Investigations LLC
Address: Jeffery T Morrill, Certified Fire Investigator
Tel: PO Box 4058, Cartersville, GA 30120
E-M: jeff@morrfire.com   Cell 678-920-0819
www.morrfire.com
Representing: Columbus Fire (Jeff Brown Atty)


Representing: GWR

Name:
Company:
Address:
Tel:
E-:
BROWN ADAMS ATTORNEYS AT LAW
Jeffrey A. Brown, Attorney at Law
706-653-6109 Office
706-575-9650 Cell
706-653-9572 Fax
jbrown@brownadamsllc.com
Licensed to practice law in Georgia and Alabama
Representing: Columbus Fire

# Joint Inspection Sign-in Sheet

Insured: __GWR Equities, LLC__  
Location: __6254 Warm Springs Rd. Columbus, GA__  
Date of Inspection: __March 23, 2023__  
Purpose: __Joint Site Exam__  

Date of Loss: __October 12, 2022__  
CFI Project #: __22-04610__  
Exam Coordinator: __D. Adams__  

*Place card or fill in the information*

---

FRANK E. HAGAN, P.E.  
FEH@HAGANPE.COM  

275 N PERRY STREET  
LAWRENCEVILLE, GA 30046  
770 654-4166  

Representing: _Morgan & Morgan_

---



Ronald Shirah  
SC Superintendent  
Century Fire Protection  
rshirah@centuryfp.com  
p: 864 677 3715  
d: 706 905 6237  
f: 864 677 5518  

Representing: _____

---

**Joel L. Barfield**  
Vice President Southern Division  

Pointe Wiregrass  
INCORPORATED  

P.O. Drawer 6657 • Dothan, Alabama 36302  
2810 Fortner Street, Building J • Dothan, Alabama 36305  
Office: 334-702-7855 ext.126 • Fax: 334-794-8148 • Cell: 334-828-1545  
Email: jbarfield@hallhousing.net  

Representing: _____

---

**MATTHEW A. WOODS**  
Attorney At Law  

LAW OFFICE OF MCLAUGHLIN, REAM & WYRICK  
Employees of Liberty Mutual Group, Inc.  
360 Interstate N Parkway, SE  
Suite 375  
Atlanta, GA 30339  

Phone: 678-402-0440    Cell: 678-713-1917  
Matthew.Woods@LibertyMutual.com    Fax: 603-430-0817  

Representing: _____

---

Name: _____  
Company: _____  
Address: _____  
Telephone: _____  
E-Mail: _____  

Representing: _____

---

Name: _____  
Company: _____  
Address: _____  
Telephone: _____  
E-Mail: _____  

Representing: _____

# Joint Inspection Sign-in Sheet

 COMPLETE FIRE INVESTIGATION

**Insured:** GWR Equities, LLC
**Location:** 6254 Warm Springs Rd. Columbus, GA
**Date of Inspection:** March 23, 2023
**Purpose:** Joint Site Exam

**Date of Loss:** October 12, 2022
**CFI Project #:** 22-04610
**Exam Coordinator:** D. Adams

*Place card or fill in the information*

---

**DANIEL L. ARNOLD, P.E. FSFPE**
SENECA FIRE ENGINEERING, LLC
FIRE PROTECTION · LIFE SAFETY CODE CONSULTING
1205 Johnson Ferry Rd
Suite 136-400
Marietta, GA 30068
Office 770.587.2444
Cell 404.667.4679
DArnold@senecafire.com

Representing: GWR EQUITIES

---

**COLUMBUS FIRE & SAFETY EQUIPMENT CO., INC.**
Burglar / Fire Alarm Systems / Video Surveillance
Access Control / Sound Systems
**BRETT WILLIAMS**
3101 2ND AVENUE · COLUMBUS, GA 31904
(706) 323-8010 · FAX (706) 327-2077
BWILLIAMS@COLUMBUSFIRE.NET

Representing: Col. FIRE & SAFETY

---

 S·E·A

**Adam Goodman, PE, CFPS, IAAI-CFI®, CFEI, CVFI**
Sr. Fire Protection Engineer

795 Cromwell Park Drive, Suite N
Glen Burnie, Maryland 21061
Office 800.635.9507
Mobile 410.428.1453
agoodman@SEAlimited.com
SEAlimited.com

Representing: Century FP

---

**Christopher J. Porto, P.E., C.F.E.I**
Senior Consultant
Office: 678.990.3280
Mobile: 404.819.9208
cjporto@engsys.com
ESi
430 Technology Pkwy NW
Peachtree Corners, GA 30092

Representing: GWR

---



CUNNINGHAM INVESTIGATIVE ASSOCIATES
OFFICE: 770.978.1251
FAX: 770.978.8782
MOBILE: 404.285.8907
blair@cunninghamfire.com
Blair Darst, CFI (V) CVFI
Fire Analysis Specialist
P.O. Box 1279
Snellville, GA 30078

Representing: Century Fire Protection

---



R.K. BELL CONSULTING FIRE & EXPLOSION
R. Keith Bell, IAAI-CFI
P.O. Box 2227
Dacula, GA 30019
Cell: 706-215-2828
keith@rkbellconsulting.com

Representing: Monger & Morgan

# Joint Inspection Sign-in Sheet

**Insured:** GWR Equities, LLC
**Location:** 6254 Warm Springs Rd. Columbus, GA
**Date of Inspection:** March 23, 2023
**Purpose:** Joint Site Exam

**Date of Loss:** October 12, 2022
**CFI Project #:** 22-04610
**Exam Coordinator:** D. Adams

*Place card or fill in the information*

---

**[Business card affixed]**
Ira W. Burnette, IAAI-CFI
Senior Fire Investigator
ProNet Group, Inc.
Forensic Engineering & Consulting
Cyber Forensics
470.955.4017
iburnette@pronetgroup.com
3000 Northwoods Parkway, Suite 220, Peachtree Corners, Georgia 30071
770.559.9458 (office) • 800.216.7268 (toll free)
www.pronetgroup.com

**Representing:** GWR Brighton GA

---

**Name:** SIMRUN MITHWANI
**Company:** DREW ECKL & FARNHAM
**Address:** 303 PEACHTREE ST, STE 3500 ATLANTA, GA 30308
**Telephone:**
**E-Mail:** MITHWANIS@DEFLAW.com

**Representing:** CENTURY FIRE

---

**Name:** Jeff Morrill
**Company:** Morrfire Investigations
**Address:**
**Telephone:**
**E-Mail:** Jeff@Morrfire.com

**Representing:** Columbus Fire

---

**Name:** Ronald Shirah
**Company:** Century Fire
**Address:** 240 Lee Rd 510 Salem Alabama 36874
**Telephone:** 706-905-6337
**E-Mail:** RShirah@centuryfp.com

**Representing:** century fire

---

**Name:** Josh Wheeler
**Company:** Quick Response Fire Protection Inc.
**Address:** 74 Center RD Cartersville GA 30121
**Telephone:** 321-229-2160
**E-Mail:** Josh@quickresponsega.com

**Representing:** Columbus Fire

---

**Name:** Jeff Barnout
**Company:** Quick Response Fire Protection
**Address:** 74 Center RD Cartersville, GA 30121
**Telephone:** 770-238-9173
**E-Mail:** Jeff@Quickresponsega.com

**Representing:** Columbus Fire