

# HYDRAULIC SYSTEM

This Building is Protected by a Hydraulically Designed Automatic Sprinkler System

Location: 2ond floor
No. of Sprinklers: 4

## Basis of Design

1 DENSITY: .05 GPM/SQ.FT.
2 DESIGNED AREA OF DISCHARGE: 4 hds. SQ.FT.

## System Demand

1 GPM DISCHARGE: 67 GPM
2 RESIDUAL PRESSURE AT THE BASE OF THE RISER: 59.9 PSI

System Installed By:

**Century Fire Protection, LLC.**

GA 770-945-2330
FL 850-482-7366
TN 423-899-7434

