IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KIMORA WASHINGTON, as Administrator of the Estate of KEVIN FORD,<br><br>Plaintiff,<br><br>v.<br><br>GWR MANAGEMENT, LLC and GWR FLAT ROCK PARTNERS, LLC<br><br>Defendants. | CIVIL ACTION FILE NO. 4:24-cv-00081-CDL<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF WILLIAM M. COMPTON

I, William M. Compton, make this declaration in support of Plaintiff's Response in Opposition to the Motion to Quash of Non-Parties Century Fire Protection, LLC, SEA, Ltd., and Cunningham Investigative Associates [Doc. 27].

1. I am over the age of 18 and make this declaration based on personal knowledge.

2. I am lead counsel for Plaintiff in the above-captioned matter.

3. Counsel for Century Fire Protection, LLC, SEA, Ltd., and Cunningham Investigative Associates (the "Non-Parties") did not confer with me prior to filing the Non-Parties' Motion to Quash

4. After the Non-Parties filed their Motion to Quash, I sent an email to their attorney attempting to resolve the issues raised in the Motion to Quash. A true and correct copy of that email is attached hereto as Exhibit 1.

5. Counsel for the Non-Parties did not respond to my email.

I declare under penalty of perjury that the above information is true and correct.

**[SIGNATURE ON THE FOLLOWING PAGE]**

Dated: February 27, 2025

                                                  Respectfully Submitted,

                                                  *Max Compton*

                                                  _____
                                                  William M. Compton

# EXHIBIT 1

| | |
|---|---|
| **From:** | Max Compton x4817 |
| **To:** | havlikg@deflaw.com |
| **Subject:** | Century Fire Protection Subpoenas |
| **Date:** | Monday, February 10, 2025 2:25:00 PM |
| **Attachments:** | mmlogo_4d481f35-1840-4531-86f0-09098b1154be.png |

Hi Gwen,

I just received your Motion to Quash. I suspect we could reach a resolution on the scope of these subpoenas without further court intervention. Do you have time to discuss?

Thanks
Max

# Max Compton
**Attorney**
My Bio

**T:** (912) 443-1017
**F:** (912) 443-1184
501 Riverside Ave, Ste 1200,
Jacksonville, FL 32202



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.