IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **KIMORA WASHINGTON, as Administrator of the Estate of KEVIN FORD,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**GWR MANAGEMENT, LLC and GWR FLAT ROCK PARTNERS, LLC**<br><br>    **Defendants.** | **CIVIL ACTION FILE NO. 4:24-cv-00081-CDL**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY PRONET GROUP, INC.

COMES NOW, Plaintiff KIMORA WASHINGTON, as Administrator of the Estate of Kevin Ford, and moves this Court for an order compelling Non-Party ProNet Group, Inc. to produce documents requested in Plaintiff's Rule 45 Subpoena for Production of Documents. In support thereof, Plaintiff shows this Court as follows:

1.

On January 23, 2025, Plaintiff caused a Subpoena for Production of Documents to be served on Non-Party ProNet Group, Inc. (hereinafter, "ProNet"). *See* Subpoena for Production of Documents to ProNet, attached hereto as **Exhibit A**; Affidavit of Service, attached hereto as **Exhibit B**.

2.

ProNet does not appear to be registered with the Georgia Secretary of State; however, the company's website shows it maintains an office in Atlanta, Georgia at 3000 Northwoods

Parkway, Suite 220, Peachtree Corners, GA 30071.  https://www.pronetgroup.com/locations. Service was made on ProNet by personal delivery of the subpoena at this address.  **Exhibit B**.

3.

A fire investigator from ProNet, Ira Burnette, has been involved in the investigation into the origin and cause of the fire at issue in this case.  Mr. Burnette provided a copy of his business card as part of signing in for the March 23, 2023 scene inspection of this fire.  His business card lists 3000 Northwoods Parkway, Suite 220, Peachtree Corners, GA 30071 as his business address. *See* March 23, 2023 Inspection Sign-In Sheet, attached hereto as **Exhibit C**, at p. 5.

4.

Plaintiff's subpoena seeks production of all non-privileged documents in the possession, custody, or control of ProNet which relate to the October 12, 2022 fire at issue in this case. **Exhibit A**.

5.

The subpoena called for production of the responsive documents on or before February 10, 2025.

6.

Neither ProNet nor any Defendant moved to quash or modify Plaintiff's Subpoena to ProNet.  There have been no objections served in response to Plaintiff's Subpoena to ProNet.

7.

Plaintiff sent a good faith letter to ProNet on February 18, 2025 seeking production of the responsive documents on or before February 28, 2025.  *See* Plaintiff's Good-Faith Letter, attached hereto as **Exhibit D**.  ProNet did not respond to Plaintiff's good-faith letter.

- 3 -

8.

Upon information and belief, Mr. Burnette was one of two or three investigators who inspected the fire scene on October 19, 2023—just one week after the fire—and may have been the only investigator who spoke with Cheynne Garcia who was the tenant of the apartment where the fire is alleged to have originated.  *See* Excerpts from the Deposition of Tim Smith, attached hereto as **Exhibit E**.

9.

Accordingly, ProNet likely has relevant documents in its possession that are responsive to Plaintiff's subpoena, which documents are also likely to be material to this dispute.

10.

Therefore, Plaintiff moves this Court for an order, pursuant to Fed. R. Civ. Pro. 45(d)(2)(B)(i), compelling ProNet to produce the non-privileged documents in its possession, custody, or control that are responsive to Plaintiff's subpoena.

This 14th day of March, 2025.

                **MORGAN & MORGAN**

                */s/ Max Compton*
                _____
                William Maxwell Compton
                Georgia Bar No. 380092
                Attorney for *Plaintiff*

501 Riverside Dr.
Suite 1200
Jacksonville, FL 32202
(912) 443-1017 - Direct
(912) 443-1184 – Facsimile
MCompton@forthepeople.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KIMORA WASHINGTON, as administrator of the estate of KEVIN FORD,<br><br>      Plaintiff,<br><br>v.<br><br>GWR MANAGEMENT, LLC and GWR FLAT ROCK PARTNERS, LLC<br><br>      Defendants. | CIVIL ACTION FILE NO.<br>4:24-cv-00081-CDL<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the foregoing **PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY PRONET GROUP, INC.** on counsel of record for the Defendants via statutory electronic service to fred.ferrand@swiftcurrie.com and robert.kozloski@swiftcurrie.com. A copy of this Motion has also been served on Non-Party ProNet Group, Inc. via statutory overnight delivery using Federal Express, as well as by regular mail to the following address:

ProNet Group, Inc.
3000 Northwoods Parkway
Suite 220
Peachtree Corners, GA 30071

This 14th day of March, 2025.

                                                  **MORGAN & MORGAN**

                                                  */s/ Max Compton*
                                                  _____
                                                  William Maxwell Compton
                                                  Georgia Bar No.: 380092
                                                  Attorney for *Plaintiff*