## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Georgia

Case Number: 4:24-CV-00081-CDL

Plaintiff:
**KIMORA WASHINGTON, as administrator of the estate of KEVIN FORD**

vs.

Defendant:
**GWR MANAGEMENT, LLC and GWR FLAT ROCK PARTNERS, LLC**

For:
W. Maxwell Compton
Morgan & Morgan, P.A. - Savannah
25 Bull Street
Suite 400
Savannah, GA 31401

LIN2025004808

Received by Lynx Legal Services, LLC on the 22nd day of January, 2025 at 10:46 am to be served on **ProNet Group, Inc., 3000 Northwoods Parkway, Suite 220, Peachtree Corners, GA 30071**.

I, Daylien Garmon, being duly sworn, depose and say that on the **23rd day of January, 2025** at **8:44 am, I:**

**CORPORATE** served by delivering a true copy of the **Letter Dated January 22, 2025 and Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Laura Roof** as **Office Manager** for ProNet Group, Inc., at the address of: **3000 Northwoods Parkway, Suite 220, Peachtree Corners, GA 30071**, and informed said person of the contents therein, in compliance with F.S. 48.081

**Description** of Person Served: Age: 40 to 45, Sex: M, Race/Skin Color: Caucasian, Height: 5'11" to 6'4", Weight: 180 to 185, Hair: Balding, Glasses: N, Eyes: Blue

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [ ] Physical Presence or [ ] Online Notarization on the ____ day of _____, ____ by the affiant who is personally known to me.

NOTARY PUBLIC

Daylien Garmon

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2025004808
Ref: 13422598

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b