# Joint Inspection Sign-in Sheet

Insured: **GWR Equities, LLC**
Location: **6254 Warm Springs Rd. Columbus, GA**
Date of Inspection: **March 23, 2023**
Purpose: **Joint Site Exam**

Date of Loss: **October 12, 2022**
CFI Project #: **22-04610**
Exam Coordinator: **D. Adams**

*Place card or fill in the information*

---

Name: complete storage
Company: Henry kida
Address:
Telephone:
E-Mail:

Representing: GWR Equities

---

Name: Tony Loggins
Company: CSS
Address:
Telephone:
E-Mail: GWR Equities.

Representing: C

---

Name: Ryan Cummings
Company: CSS
Address:
Telephone:
E-Mail: GWR Equities

Representing:

---

Name:
Company:
Address:
Telephone:
E-Mail:

Representing:

---

Name: Justin Wagstaff
Company: CSS
Address:
Telephone:
E-Mail:

Representing: GWR Equities

---

Name:
Company:
Address:
Telephone:
E-Mail:

Representing:

# Joint Inspection Sign-in Sheet



**Insured:** GWR Equities, LLC
**Location:** 6254 Warm Springs Rd. Columbus, GA
**Date of Inspection:** March 23, 2023
**Purpose:** Joint Site Exam

**Date of Loss:** October 12, 2022
**CFI Project #:** 22-04610
**Exam Coordinator:** D. Adams

*Place card or fill in the information*

---

Name:
Company:
Address:
Telephone:
E-Mail:

[Business card: Complete Fire Investigation — David Adams, IAAI-CFI, Senior Investigator, P.O. Box 26, Covington, GA 30015, Office 470-444-1537, Cell 404-695-2840, Fax 770-679-8722, dadams@cfi-fire.com, completefireinvestigation.com]

**Representing:** GWR Equities

---

Name: Gaetano Fuschetto
Company: Fire
Address:
Telephone:
E-Mail: gfuschetto@forensicire.com
**Representing:** GWR

---

[Business card: Century Fire Protection — Jeff Mitchell, Regional Manager, jmitchell@centuryfp.com, p: 770.945.2330, d: 678.287.0004, f: 770.945.2651]

**Representing:** _____

---

[Business card: MorrFire Investigations LLC — Jeffery T Morrill, Certified Fire Investigator, PO Box 4058, Cartersville, GA 30120, jeff@morrfire.com, www.morrfire.com, Cell 678-920-0819]

**Representing:** Columbus Fire (Jeff Brown atty)

---

[Business card: Forensic Investigation Research Experts — Brad O'Neal, CEO & Principal, O: 904.426.8524, C: 904.426.8518, 5000-18 US Highway 17 S, #94, Fleming Island, FL 32003, www.forensicire.com, boneal@forensicire.com]

**Representing:** GWR

---

[Business card: BROWN □ ADAMS Attorneys at Law — Jeffrey A. Brown, Attorney at Law, 706-653-6109 Office, 706-575-9650 Cell, 706-653-9572 Fax, jbrown@brownadamsllc.com, Licensed to practice law in Georgia and Alabama]

**Representing:** Columbus Fire




# Joint Inspection Sign-in Sheet

Insured: GWR Equities, LLC

Location: 6254 Warm Springs Rd. Columbus, GA

Date of Inspection: March 23, 2023

Purpose: Joint Site Exam

Date of Loss: October 12, 2022

CFI Project #: 22-04610

Exam Coordinator: D. Adams

*Place card or fill in the information*

---

FRANK E. HAGAN, P.E.
FEH@HAGANPE.COM

275 N PERRY STREET
LAWRENCEVILLE, GA 30046

770 654-4166

Representing: Morgan & Morgan

---



Ronald Shirah
SC Superintendent
rshirah@centuryfp.com
p: 864 677 3715
d: 706 905 6237
f: 864 677 5518

Representing: _____

---

**Joel L. Barfield**
Vice President Southern Division

Pointe Wiregrass
INCORPORATED

P.O. Drawer 6657 • Dothan, Alabama 36302
2810 Fortner Street, Building J • Dothan, Alabama 36305
Office: 334-702-7855 ext.126 • Fax: 334-794-8148 • Cell: 334-828-1545
Email: jbarfield@hallhousing.net

Representing: _____

---

**MATTHEW A. WOODS**
Attorney At Law

LAW OFFICE OF MCLAUGHLIN, REAM & WYRICK
Employees of Liberty Mutual Group, Inc.
360 Interstate N Parkway, SE
Suite 375
Atlanta, GA 30339

Phone: 678-402-0440         Cell: 678-713-1917
Matthew.Woods@LibertyMutual.com   Fax: 603-430-0817

Representing: _____

---

Name: _____
Company: _____
Address: _____
Telephone: _____
E-Mail: _____

Representing: _____

---

Name: _____
Company: _____
Address: _____
Telephone: _____
E-Mail: _____

Representing: _____

# Joint Inspection Sign-in Sheet



Insured: GWR Equities, LLC

Location: 6254 Warm Springs Rd. Columbus, GA

Date of Inspection: March 23, 2023

Purpose: Joint Site Exam

Date of Loss: October 12, 2022

CFI Project #: 22-04610

Exam Coordinator: D. Adams

*Place card or fill in the information*

---

DANIEL L. ARNOLD, P.E. FSFPE

**SENECA**
FIRE ENGINEERING, LLC
FIRE PROTECTION · LIFE SAFETY
CODE CONSULTING

1205 Johnson Ferry Rd
Suite 136-400
Marietta, GA 30068

Office 770.587.2444
Cell 404.667.4679
DArnold@senecafire.com

Representing: GWR EQUITIES

---



**COLUMBUS FIRE & SAFETY EQUIPMENT CO., INC.**

Burglar / Fire Alarm Systems / Video Surveillance
Access Control / Sound Systems

**BRETT WILLIAMS**

3101 2ND AVENUE · COLUMBUS, GA 31904
(706) 323-8010 · FAX (706) 327-2077
BWILLIAMS@COLUMBUSFIRE.NET

Representing: Col. FIRE & SAFETY

---



**Adam Goodman, PE, CFPS, IAAI-CFI®, CFEI, CVFI**
Sr. Fire Protection Engineer

795 Cromwell Park Drive, Suite N
Glen Burnie, Maryland 21061

Office 800.635.9507
Mobile 410.428.1453
agoodman@SEAlimited.com
SEAlimited.com

Representing: Century FP

---

**Christopher J. Porto, P.E., C.F.E.I**
Senior Consultant

Office: 678.990.3280
Mobile: 404.819.9208

cjporto@engsys.com

**ESi**

430 Technology Pkwy NW
Peachtree Corners, GA 30092

Representing: GWR

---



Representing: Century Fire Protection

---



Representing: Monger & Morgan

# Joint Inspection Sign-in Sheet

**Insured:** GWR Equities, LLC
**Location:** 6254 Warm Springs Rd. Columbus, GA
**Date of Inspection:** March 23, 2023
**Purpose:** Joint Site Exam

**Date of Loss:** October 12, 2022
**CFI Project #:** 22-04610
**Exam Coordinator:** D. Adams

*Place card or fill in the information*

---

**[Business Card]**
ProNet Group, Inc.
Forensic Engineering & Consulting
Cyber Forensics

Ira W. Burnette, IAAI-CFI
Senior Fire Investigator
470.955.4017
iburnette@pronetgroup.com

3000 Northwoods Parkway, Suite 220, Peachtree Corners, Georgia 30071
770.559.9458 (office) • 800.216.7268 (toll free)
www.pronetgroup.com

Representing: GWR Brighton GA

---

Name: SIMRUN MITHWANI
Company: DREW ECKL & FARNHAM
Address: 303 PEACHTREE ST, STE 3500 ATLANTA, GA 30308
Telephone:
E-Mail: MITHWANIS@DEFLAW.com
Representing: CENTURY FIRE

---

Name: Jeff Morrill
Company: Morrfire Investigations
Address:
Telephone:
E-Mail: Jeff@Morrfire.com
Representing: Columbus Fire

---

Name: Ronald Shirah
Company: Century Fire
Address: 240 Lee Rd 510 Salem Alabama 36874
Telephone: 706-405-6337
E-Mail: RShirah@centuryfp.com
Representing: century fire

---

Name: Josh Wheeler
Company: Quick Response Fire Protection Inc.
Address: 74 Center RD Cartersville GA 30121
Telephone: 321-229-2160
E-Mail: Josh@quickresponsega.com
Representing: Columbus Fire

---

Name: Jeff Barnwet
Company: Quick Response Fire Protection
Address: 74 Center RD Cartersville, GA 30121
Telephone: 770-238-9173
E-Mail: Jeff@quickrspose GA.com
Representing: Columbus Fire