# MORGAN & MORGAN

Max Compton, Esq.
Direct Dial (912) 443-1017
MCompton@forthepeople.com

February 18, 2025

**VIA FEDEX and REGULAR MAIL**
ProNet Group, Inc.
3000 Northwoods Pkwy.
Suite 220
Peachtree Corners, GA 30071

      **RE:**    **Estate of Kevin Ford v. GWR Management, LLC, et al.**
             U.S. District Court for the Middle District of Georgia
             Civil Action No.: 4:24-cv-00081-CDL

To Whom it May Concern:

     Please accept this correspondence as a good-faith request for resolution of a discovery dispute regarding the enclosed Subpoena for Production of Documents that was served on you on January 22, 2025. The affidavit of service for this subpoena is enclosed for your reference.

     As you know, the subpoena called for the production of the requested documents on or before **February 10, 2025**. However, as of the date of this letter, I have not received any response to the subpoena. Please contact me upon receipt of this letter at (912) 443-1017 or MCompton@forthepeople.com to confer regarding your response to this subpoena. If I do not hear back from you on or before **Friday February 28, 2025** <u>I will move forward with a motion to compel a response to the subpoena, as well as for payment of fees and costs</u>.

     Thank you for your prompt attention to this matter. Please feel free to contact me at your convenience with any questions or concerns.

                                    Kind Regards,

                                    */s/ Max Compton*

                                    William Maxwell Compton

Enclosures