Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                FOR THE MIDDLE DISTRICT OF GEORGIA

3                     COLUMBUS DIVISION

4    _____

5    KIMORA WASHINGTON, AS

6    ADMINISTRATOR OF THE ESTATE OF

7    KEVIN FORD,

8         Plaintiff,

9       v.                        Civil Action File

10   GWR MANAGEMENT, LLC and GWR FLAT    No. 4:24-cv-00081-CDL

11   ROCK PARTNERS, LLC,

12        Defendants.

13   _____

14              DEPOSITION OF TIM SMITH

15   DATE:        Thursday, February 13, 2025

16   TIME:        10:07 a.m.

17   LOCATION:    Swift, Currie, McGhee & Hiers

18                1420 Peachtree Street Northeast

19                Suite 800

20                Atlanta, GA 30309

21   REPORTED BY:  Jasmine Applewhite

22   JOB NO.:     7147118

23

24

25

Tim Smith                                    February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 2

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF KIMORA WASHINGTON, AS
 3   ADMINISTRATOR OF THE ESTATE OF KEVIN FORD:
 4        WILLIAM MAXWELL COMPTON, ESQUIRE
 5        Morgan & Morgan
 6        200 Stephenson Avenue
 7        Savannah, GA 31405
 8        mcompton@forthepeople.com
 9        (912) 443-1000
10
11   ON BEHALF OF DEFENDANTS GWR MANAGEMENT, LLC AND GWR
12   FLAT ROCK PARTNERS, LLC:
13        FRED FERRAND, ESQUIRE
14        ROBERT KOZLOSKI, ESQUIRE
15        Swift, Currie, McGhee & Hiers
16        1420 Peachtree Street Northeast, Suite 800
17        Atlanta, GA 30309
18        fred.ferrand@swiftcurrie.com
19        robert.kozloski@swiftcurrie.com
20        (404) 874-8800
21
22   ALSO PRESENT:
23        David Ramirez, Videographer
24
25
```

Tim Smith                          February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 61

1        Q     Yes.  Exhibit 4.

2        A     Okay.

3        Q     The Joint Exam Briefing.

4        A     Okay.

5        Q     Okay.  The first sentence there at the top

6    says "Initial investigation was started by

7    Ira Burnette of ProNet Group first on site October 19,

8    2022."  Do you see that?

9        A     Yes, sir.

10       Q     Okay.  Who's Ira Burnette?

11       A     He is a fire investigator that works for

12   ProNet Group.

13       Q     Okay.  Have you ever talked to Mr. Burnette

14   about this fire?

15       A     I did, yeah.  I reached out to Mr. Burnette.

16   Yes, sir.

17       Q     Did you connect with him?

18       A     I did.

19       Q     Okay.  When did that happen?

20       A     It was sometime after August the 1st of

21   2024.

22       Q     Okay.  Do you know how long after August the

23   1st, 2024?

24       A     It could have been in August or September.

25       Q     Okay.

Tim Smith                        February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 62

```
 1        A     Maybe -- maybe October.  I reached out to

 2   him to try to figure out if he knew or if he had any

 3   more information than what I had.

 4        Q     Okay.  And what did he tell you?

 5        A     He said that he remembered the fire.  He

 6   didn't remember a lot about the fire.  He was going to

 7   go back -- he was in the process of moving, and he was

 8   going to go back to try to pull his notes up so that

 9   he could call me back and discuss, and then he never

10   called me back.

11        Q     Okay.  And you've only spoken with him that

12   one time?

13        A     Yes, sir.

14        Q     Do you have any understanding of who he was

15   hired by to investigate this fire?

16        A     My basic understanding of it was he was

17   representing GWR on the first-party side and not

18   the -- like the first-party claim.

19        Q     Okay.  As part of their making a claim with

20   their insurance company?

21        A     Yes, sir.

22        Q     The property owner?

23        A     Yes, sir.

24        Q     Okay.  And according to this Joint Exam

25   Briefing on page 2, the initial investigation was
```

Tim Smith                          February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 63

1    started by Mr. Burnette; is that right?

2         A    Yes, sir.

3         Q    Okay.  And he was on site on October 19th of

4    2022.  And would you agree it appears from these notes

5    that Mr. Adams was also on site on that day?

6         A    Yes, sir.

7         Q    Okay.  Have you ever spoken with Mr. Adams

8    about his October 19, 2022, site inspection?

9         A    No, sir.

10        Q    All right.  In the next paragraph down, the

11   third sentence reads "There were some questionable

12   patterns observed in Unit 23 A."  Do you see that?

13        A    Yes, sir.

14        Q    Okay.  Do you know what Mr. Adams means by

15   questionable patterns?

16        A    The only thing I can do is take it for what

17   it says on paper.  It's -- I'm just reading it like

18   you are.

19        Q    Okay.  So you don't know which patterns he's

20   referring to in Apartment 23 A as being questionable?

21        A    No, sir.

22        Q    That's something I'd have to ask David

23   about?

24        A    Yes, sir.

25        Q    Or Mr. Adams?

Tim Smith                          February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 64

1         A    Yes, sir.

2         Q    All right.  And just for purposes of the

3    record, 23 A is the apartment where the fire

4    originated; correct?

5         A    23 A is the apartment that was leased to

6    Ms. Chyanne Garcia.  Yes.

7         Q    Right.

8         A    And that's where the fire is originating, is

9    in that apartment.

10        Q    Okay.  Do you know if anybody else was on

11   scene for the October 19, 2022, inspection other than

12   Mr. Burnette and Mr. Adams?

13        A    I do not.

14        Q    Okay.  I'm going to hand you what we'll mark

15   as Exhibit Number 5.  This should be moved.  All

16   right.

17                  (Exhibit 5 was marked for

18                  identification.)

19             All right.  You can see that up on the

20   screen there as well?

21        A    Yes, sir.

22        Q    All right.  Have you seen this photograph

23   before?

24        A    Yes, sir.

25        Q    Okay.  And I'll represent to you that this

Page 74

1          Did I read that correctly?

2      A    Yes, sir.

3      Q    Okay.  Do you know where Mr. Adams got that

4   information?

5      A    I do not.

6      Q    That's something I would have to ask

7   Mr. Adams?

8      A    Yes, sir.

9      Q    Okay.  All right.  And then, the next

10  paragraph reads "Ms. Garcia was later interviewed by

11  Ira Burnette."  Do you see that?

12     A    Yes, sir, I do.

13     Q    Have you spoke with Mr. Burnette about his

14  interview with Ms. Garcia?

15     A    Well, like I said, when I reached out to

16  Mr. Burnette, he was going to pull his file and call

17  me back, and he never returned the phone call.

18     Q    Okay.  So yeah.  So I don't have to keep

19  asking you this, I guess: did Mr. Burnette provide you

20  any substantive information --

21     A    No, sir.

22     Q    -- about the origin or cause of this fire

23  when you talked to him?

24     A    No, sir.

25     Q    Okay.  All right.  So then this paragraph

Tim Smith                         February 13, 2025
Washington, Kimora v. GWR Management, LLC., et al.

Page 75

 1    though about Mr. Burnette's interview of Ms. Garcia

 2    reads "She stated she had been home in bed at the time

 3    of the fire.  She stated she was awoken by the smoke

 4    detector, and grabbed her mother's ash urn an exited

 5    her apartment.  Ms. Garcia told Mr. Burnette she only

 6    saw smoke coming from the vents in her apartment but

 7    saw no flames.

 8              "Ms. Garcia also claimed the last time she

 9    had cooked in the apartment was Monday or Tuesday,

10    earlier in the week.  Ms. Garcia claims she was

11    involved in another fire in Florida in the past.  She

12    claimed she suffered second-degree burns from a candle

13    fire, but there was no structural damage to the

14    complex."  Did I read that correctly?

15         A    Yes, sir.

16         Q    And then, there's one final sentence that

17    says "Ms. Garcia denied there were any flames from the

18    roof when she exited the building, but she did see

19    fire on the balcony of 24 A."  Did I read that

20    correctly?

21         A    Yes, sir.

22         Q    Okay.  Would you agree with me that

23    Ms. Garcia's statement to Mr. Burnette appears to be

24    inconsistent with the statement she gave to

25    management?