# EXHIBIT A

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# GWR MANAGEMENT RFA RESPONSES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KIMORA WASHINGTON, as administrator of the Estate of KEVIN FORD, <br><br> Plaintiff, <br><br> v. <br><br> GWR MANAGEMENT, LLC AND GWR FLAT ROCK PARTNERS, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> 4:24-CV-00081-CDL <br><br><br> JURY TRIAL DEMANDED |

## DEFENDANT GWR MANAGEMENT, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

COMES NOW, GWR MANAGEMENT, LLC ("GWR MANAGEMENT" or "Defendant"), by and through its undersigned attorneys, and hereby submits its Responses to Plaintiff's First Request for Admissions as follows:

REQUESTS FOR ADMISSIONS

REQUEST NO. 1:

Acom Integrated Solutions, Inc. ("Acom") inspected the automatic sprinkler systems at the Subject Property on October 26, 2021.

**RESPONSE: Admitted.**

REQUEST NO. 2:

Attached hereto as Exhibit "A" is a true and correct copy of a Proposal received by you from Acom dated October 27, 2021.

**RESPONSE: Admitted.**

REQUEST NO. 3:

You did not replace any of the sprinkler heads in Building A between October 27, 2021 and the date of the Subject Fire.

**RESPONSE: Admitted.**

REQUEST NO. 4:

You did not cause any of the sprinkler heads in Building A to be replaced between October 27, 2021 and the date of the Subject Fire.

**RESPONSE: Admitted.**

REQUEST NO. 5:

The Subject Fire originated in Apartment A23 at the Subject Property.

**RESPONSE: Denied as stated. This Defendant is unsure at this time as to where the fire originated. By way of further response, Defendant objects to this request as it is vague and ambiguous since Defendant is unsure what "Subject Fire" Plaintiff is referring to since there was a fire/smoke event in Mr. Thorpe's apartment on October 12, 2022.**

REQUEST NO. 6:

The automatic sprinkler system in Apartment A23 did not extinguish the Subject Fire.

**RESPONSE: Denied as stated. By way of further response, Defendant objects to this request as it is vague and ambiguous since Defendant is unsure what "Subject Fire" Plaintiff is referring to as there were multiple fire/smoke events on October 12, 2022.**

REQUEST NO. 7:

Ford was an invitee at the Subject Property at the time of the Subject Fire.

**RESPONSE: Objection as to legal conclusion requested. Notwithstanding this objection, the statement is denied. By way of further response, Mr. Ford was not listed on the lease as a co-tenant and was not properly residing in the apartment.**

REQUEST NO. 8:

Ford did not cause the Fire.

**RESPONSE: Denied as stated. By way of further response, Defendant objects to this request as it is vague and ambiguous since Defendant is unsure what "Fire" Plaintiff is referring to as there were multiple fire/smoke events on**

**October 12, 2022. Further, this Defendant is still investigating the cause of the fire.**

This 3rd day of September, 2024.

                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                          */s/ Robert J. Kozloski, III*
                          Frederick O. Ferrand
                          Georgia Bar No. 259169
                          Robert J. Kozloski, III
                          Georgia Bar No. 548519
                          ***Attorneys for Defendants***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
fred.ferrand@swiftcurrie.com
robert.kozloski@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that this day I have served **DEFENDANT GWR MANAGEMENT, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS** via statutory electronic service to the following attorneys of record:

William Maxwell Compton, Esq.
Morgan & Morgan
200 Stephenson Ave, Suite 200
Savannah, Georgia 31405
mcompton@forthepeople.com

This 3rd day of September, 2024.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/ Robert J. Kozloski, III
Frederick O. Ferrand
Georgia Bar No. 259169
Robert J. Kozloski, III
Georgia Bar No. 548519
***Attorneys for Defendants***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
fred.ferrand@swiftcurrie.com
robert.kozloski@swiftcurrie.com

4890-7174-5501, v. 2