# EXHIBIT B

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# ACOM INSPECTION REPORT



**Acom Fire Solutions**
Phone: (706) 324-5137
7521 Veterans Parkway, Columbus GA 31909

BLDG A

| Property: TRAILS AT FLAT ROCK | | | | | | | | Date: 10/26/21 | | Inspector: | |

| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
|---|---|---|---|---|---|---|---|---|---|
| A1 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx3 LHx2 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A2 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A3 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx2 LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A4 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A5 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A6 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | LHx1 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A7 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx1 LHx2 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A8 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx1 LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A9 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | LHx5 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A10 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx5 LHx2 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A11 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | PHx6 LHx1 |
| Unit: | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: |
| A12 | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | NO ENTRY |

| Type | Totals | Temp | K-Factor | Type | Totals | Temp | K-Factor |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| PH= Painted Head | AH= Add Head | TH= Taped Head |
|---|---|---|
| PP= Painted Plate | RP= Recalled Head Prog. | OR= Orientation |
| MP= Missing Plate | RH= Relocate Head | CH= Corroded Head |
| RE= Recut Head | PL= Plug Head | MR= Mixed Response |
| MT= Mixed Temp | LH= Loaded Head | PL= Plug Head |
| DH= Damaged Head | OB= Obstructed Head | |



**Acom Fire Solutions**
Phone: (706) 324-5137
7521 Veterans Parkway, Columbus GA 31909

BLDG- A

| Property: TRAILS AT FLAT ROCK | | | Date: 10/26/2021 | Inspector: | |

| Unit: A13 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx4/LHx1 |
|---|---|---|---|---|---|---|---|---|---|
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A14 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx4/LHx3 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A15 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx2/LHx2 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A16 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx1/LHx4 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A17 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx3/LHx3 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A18 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx3/LHx2 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A19 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx4/LHx4 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A20 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx2/LHx2 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A21 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx8/LHx1 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A22 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx2/LHx2 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A23 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx7/LHx2 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |
| Unit: A24 | Foyer | DR | LR | Kitchen | HVAC | Closet | BR | BA | Other: PHx7/LHx1 |
| | Hall | Laundry | Balcony | Sunroom | Garage | RiserRM | BRC | Storage | |

| Type | Totals | Temp | K-Factor | Type | Totals | Temp | K-Factor |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| PH= Painted Head | AH= Add Head | TH= Taped Head |
| PP= Painted Plate | RP= Recalled Head Prog. | OR= Orientation |
| MP= Missing Plate | RH= Relocate Head | CH= Corroded Head |
| RE= Recut Head | PL= Plug Head | MR= Mixed Response |
| MT= Mixed Temp | LH= Loaded Head | PL= Plug Head |
| DH= Damaged Head | OB= Obstructed Head | |