# EXHIBIT C

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# ACOM PROPOSAL



**Acom**
**Fire Solutions**

Formerly Pro-Tech Fire Protection Systems, Inc.

1410 Tenth Avenue · Columbus, Georgia 31901 · Telephone (706) 324-5137 · Fax (706) 324-6985

Proposal
October 27th, 2021

To:    Trails at Flat Rock Apartments
       tfrmanager@gwrmanagementco.com

Proposal for addressing deficiencies during the sprinkler inspection accordance with NFPA25(2017)

1. Replace 11 gauges that are older than 5 years in all 11 buildings $989.22

| Figure A (Painted Sprinkler Heads) | Figure B (Loaded Sprinkler Heads) |
| --- | --- |
| Building A: 65 | Building A: 65 |
| Building B: 79 | Building B: 42 |
| Building C: 24 | Building C: 8 |
| Building D: 44 | Building D: 13 |
| Building E: 32 | Building E: 14 |
| Building F: 18 | Building F: 12 |
| Building G: 26 | Building G: 7 |
| Building H: 33 | Building H: 4 |
| Building I: 34 | Building I: 3 |
| Building J: 13 | Building J: 13 |
| Building K: 31 | Building K: 17 |
| Proposal Total for replacing sprinkler heads: $29,983.00 | Proposal Total for cleaning sprinkler heads: $3,000.00 |

2. Please refer to the walk-through sheets attached to see each unit # and Building #. These include number of painted sprinkler heads and loaded sprinkler heads.

3. Unfortunately, during the inspection there were a total of 46 apartments that we were not able to access due to No key, loose animals, or no adults home. These apartments can be re-inspected during the repairing process if proposal is accepted. Proposal total would change depending on what deficiencies of sprinkler heads are found during the re-inspection.

4. 399 sprinkler heads are confirmed painted and will need to be replaced. We offer the replacement of the sprinkler heads at 11 units for a total of $29,983.00

5. 198 sprinkler heads are loaded and will need to be cleaned. We offer to clean all-sprinkler heads at 11 units for a total of $3,000.00
   a. Once the loaded heads are cleaned there may be more sprinkler heads that are painted that will need to be replaced.

Proposal total with cleaning, replacing sprinkler heads and gauges: $33,972.22
Proposal total without cleaning, with replacing sprinkler heads and gauges: $30,972.22

Regards
Joseph Guido
Office Coordinator
706-324-5137
Jguido@acom.us

Customer Acceptance Name_____Date_____

Customer Acceptance Signature_____Date_____

FORD - 00115