# EXHIBIT D

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# THORPE APARTMENTS DIAGRAM



FLOOR 1

GROSS INTERNAL AREA
FLOOR 1: 2242 sq. ft
TOTAL: 2242 sq. ft
SIZES AND DIMENSIONS ARE APPROXIMATE, ACTUAL MAY VARY.



DEFENDANT'S EXHIBIT
2

Matterport