# EXHIBIT F

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# INTERNATIONAL FIRE CODE EXCERPT



# 2 0 1 8

INTERNATIONAL CODES

# IFC®

A Member of the International Code Family®

## INTERNATIONAL
## **FIRE** CODE®



# Part I—Administrative

## CHAPTER 1

# SCOPE AND ADMINISTRATION

**User note:**

*About this chapter:* Chapter 1 establishes the limits of applicability of the code and describes how the code is to be applied and enforced. Chapter 1 is in two parts: Part 1—General Provisions (Sections 101–102) and Part 2—Administrative Provisions (Sections 103–113). Section 101 identifies which buildings and structures come under its purview and references other I-Codes as applicable.

*This code is intended to be adopted as a legally enforceable document, and it cannot be effective without adequate provisions for its administration and enforcement. The provisions of Chapter 1 establish the authority and duties of the code official appointed by the authority having jurisdiction and also establish the rights and privileges of the design professional, contractor and property owner.*

## PART 1—GENERAL PROVISIONS

### SECTION 101
### SCOPE AND GENERAL REQUIREMENTS

**[A] 101.1 Title.** These regulations shall be known as the *Fire Code* of **[NAME OF JURISDICTION]**, hereinafter referred to as "this code."

**[A] 101.2 Scope.** This code establishes regulations affecting or relating to structures, processes, premises and safeguards regarding all of the following:

1. The hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices.

2. Conditions hazardous to life, property or public welfare in the occupancy of structures or premises.

3. Fire hazards in the structure or on the premises from occupancy or operation.

4. Matters related to the construction, extension, repair, alteration or removal of fire suppression or alarm systems.

5. Conditions affecting the safety of fire fighters and emergency responders during emergency operations.

**[A] 101.2.1 Appendices.** Provisions in the appendices shall not apply unless specifically adopted.

**[A] 101.3 Intent.** The purpose of this code is to establish the minimum requirements consistent with nationally recognized good practice for providing a reasonable level of life safety and property protection from the hazards of fire, explosion or dangerous conditions in new and existing buildings, structures and premises, and to provide a reasonable level of safety to fire fighters and emergency responders during emergency operations.

**[A] 101.4 Severability.** If a section, subsection, sentence, clause or phrase of this code is, for any reason, held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this code.

**[A] 101.5 Validity.** In the event any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions hereof, which are determined to be legal; and it shall be presumed that this code would have been adopted without such illegal or invalid parts or provisions.

### SECTION 102
### APPLICABILITY

**[A] 102.1 Construction and design provisions.** The construction and design provisions of this code shall apply to:

1. Structures, facilities and conditions arising after the adoption of this code.

2. Existing structures, facilities and conditions not legally in existence at the time of adoption of this code.

3. Existing structures, facilities and conditions where required in Chapter 11.

4. Existing structures, facilities and conditions that, in the opinion of the *fire code official*, constitute a distinct hazard to life or property.

**[A] 102.2 Administrative, operational and maintenance provisions.** The administrative, operational and maintenance provisions of this code shall apply to:

1. Conditions and operations arising after the adoption of this code.

2. Existing conditions and operations.

**[A] 102.3 Change of use or occupancy.** A change of occupancy shall not be made unless the use or occupancy is made to comply with the requirements of this code and the *International Existing Building Code.*

**Exception:** Where approved by the *fire code official*, a change of occupancy shall be permitted without complying with the requirements of this code and the *International Existing Building Code*, provided that the new or proposed use or occupancy is less hazardous, based on life and fire risk, than the existing use or occupancy.

**INTERNATIONAL CODE COUNCIL®**

Copyright © 2017 ICC. ALL RIGHTS RESERVED. Accessed by Eric Fitch on May 15, 2018 7:58:06 AM pursuant to License Agreement with ICC. No further reproduction or distribution authorized. ANY UNAUTHORIZED REPRODUCTION OR DISTRIBUTION IS A VIOLATION OF THE FEDERAL COPYRIGHT ACT AND THE LICENSE AGREEMENT, AND SUBJECT TO CIVIL AND CRIMINAL PENALTIES THEREUNDER.