# EXHIBIT G

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# LIFE SAFETY CODE EXCERPT

# NFPA 101

# Life Safety Code

### 2018 Edition

*IMPORTANT NOTE: This NFPA document is made available for use subject to important notices and legal disclaimers. These notices and disclaimers appear in all publications containing this document and may be found under the heading "Important Notices and Disclaimers Concerning NFPA Standards." They can also be viewed at www.nfpa.org/disclaimers or obtained on request from NFPA.*

*UPDATES, ALERTS, AND FUTURE EDITIONS: New editions of NFPA codes, standards, recommended practices, and guides (i.e., NFPA Standards) are released on scheduled revision cycles. This edition may be superseded by a later one, or it may be amended outside of its scheduled revision cycle through the issuance of Tentative Interim Amendments (TIAs). An official NFPA Standard at any point in time consists of the current edition of the document, together with all TIAs and Errata in effect. To verify that this document is the current edition or to determine if it has been amended by TIAs or Errata, please consult the National Fire Codes® Subscription Service or the "List of NFPA Codes & Standards" at www.nfpa.org/docinfo. In addition to TIAs and Errata, the document information pages also include the option to sign up for alerts for individual documents and to be involved in the development of the next edition.*

NOTICE: An asterisk (*) following the number or letter designating a paragraph indicates that explanatory material on the paragraph can be found in Annex A.

A reference in brackets [ ] following a section or paragraph indicates material that has been extracted from another NFPA document. As an aid to the user, the complete title and edition of the source documents for extracts in mandatory sections of the document are given in Chapter 2 and those for extracts in informational sections are given in Annex D. Extracted text may be edited for consistency and style and may include the revision of internal paragraph references and other references as appropriate. Requests for interpretations or revisions of extracted text shall be sent to the technical committee responsible for the source document.

Information on referenced publications can be found in Chapter 2 and Annex D.

## Chapter 1   Administration

### 1.1* Scope.

**1.1.1 Title.** NFPA *101, Life Safety Code,* shall be known as the *Life Safety Code®,* is cited as such, and shall be referred to herein as "this *Code*" or "the *Code.*"

**1.1.2 Danger to Life from Fire.** The *Code* addresses those construction, protection, and occupancy features necessary to minimize danger to life from the effects of fire, including smoke, heat, and toxic gases created during a fire.

**1.1.3 Egress Facilities.** The *Code* establishes minimum criteria for the design of egress facilities so as to allow prompt escape of occupants from buildings or, where desirable, into safe areas within buildings.

**1.1.4 Other Fire-Related Considerations.** The *Code* addresses other considerations that are essential to life safety in recognition of the fact that life safety is more than a matter of egress. The *Code* also addresses protective features and systems, building services, operating features, maintenance activities, and other provisions in recognition of the fact that achieving an acceptable degree of life safety depends on additional safeguards to provide adequate egress time or protection for people exposed to fire.

**1.1.5* Hazardous Materials Emergencies.** The *Code* also addresses other considerations that provide for occupant protection during emergency events involving hazardous materials.

**1.1.6 Injuries from Falls.** The *Code* also addresses reducing injury to occupants from falls.

**1.1.7 Emergency Communications.** The *Code* also addresses other considerations that provide for communications to occupants under emergency conditions and to others.

**1.1.8* Considerations Not Related to Fire.** The *Code* also addresses other considerations that, while important in fire conditions, provide an ongoing benefit in other conditions of use, including non-fire emergencies.

**1.1.9 Areas Not Addressed.** The *Code* does not address the following:

(1)* General fire prevention or building construction features that are normally a function of fire prevention codes and building codes
(2) Prevention of injury incurred by an individual due to that individual's failure to use reasonable care
(3) Preservation of property from loss by fire
(4) The retail sale and associated storage of consumer fireworks

**1.2* Purpose.** The purpose of this *Code* is to provide minimum requirements, with due regard to function, for the design, operation, and maintenance of buildings and structures for safety to life from fire. Its provisions will also aid life safety in similar emergencies.

### 1.3 Application.

**1.3.1* New and Existing Buildings and Structures.** The *Code* shall apply to both new construction and existing buildings and existing structures.

**1.3.2 Vehicles and Vessels.** The *Code* shall apply to vehicles, vessels, or other similar conveyances, as specified in Section 11.6, in which case such vehicles and vessels shall be treated as buildings.

**1.4* Equivalency.** Nothing in this *Code* is intended to prevent the use of systems, methods, or devices of equivalent or superior quality, strength, fire resistance, effectiveness, durability, and safety over those prescribed by this *Code.*

**1.4.1 Technical Documentation.** Technical documentation shall be submitted to the authority having jurisdiction to demonstrate equivalency.

**1.4.2 Approval.** The system, method, or device shall be approved for the intended purpose by the authority having jurisdiction.

**1.4.3* Equivalent Compliance.** Alternative systems, methods, or devices approved as equivalent by the authority having jurisdiction shall be recognized as being in compliance with this *Code.*