# EXHIBIT H

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON KEVIN FORD'S LEGAL STATUS

# NFPA 25 EXCERPTS

Copyright © 2016 National Fire Protection Association®. All Rights Reserved.

# NFPA® 25

Standard for the

# Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems

## 2017 Edition

This edition of NFPA 25, *Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems*, was prepared by the Technical Committee on Inspection, Testing, and Maintenance of Water-Based Systems and acted on by NFPA at its June Association Technical Meeting held June 13–16, 2016, in Las Vegas, NV. It was issued by the Standards Council on August 4, 2016, with an effective date of August 24, 2016, and supersedes all previous editions.

This document has been amended by one or more Tentative Interim Amendments (TIAs) and/or Errata. See "Codes & Standards" at www.nfpa.org for more information.

This edition of NFPA 25 was approved as an American National Standard on August 24, 2016.

### Origin and Development of NFPA 25

The first edition of NFPA 25, in 1992, was a collection of inspection, testing, and maintenance provisions that helped ensure the successful operation of water-based fire protection systems. NFPA 25 was developed as an extension of existing documents such as NFPA 13A, *Recommended Practice for the Inspection, Testing, and Maintenance of Sprinkler Systems*, and NFPA 14A, *Recommended Practice for the Inspection, Testing, and Maintenance of Standpipe and Hose Systems*, which have successfully assisted authorities having jurisdiction and property owners with routine inspections of sprinkler systems and standpipes. These documents have since been withdrawn from the NFPA standards system. NFPA 25 became the main document governing sprinkler systems as well as related systems, including underground piping, fire pumps, storage tanks, water spray systems, and foam-water sprinkler systems.

This document provides instruction on how to conduct inspection, testing, and maintenance activities. It also stipulates how often such activities are required to be completed. Requirements are provided for impairment procedures, notification processes, and system restoration. This type of information, where incorporated into a building maintenance program, enhances the demonstrated favorable experience of all water-based fire protection systems.

The 1995 edition incorporated several improvements that reflected the initial experience with the standard. A new chapter was added that addressed obstructions in pipe as well as appropriate corrective actions.

The 1998 edition refined testing requirements and frequencies and provided additional guidance for preplanned impairment programs. The document scope was expanded to include marine systems.

The 2002 edition continued to refine testing frequencies for waterflow devices and evaluation of the annual fire pump test data. This edition also included additional information regarding evaluation and test methods for microbiologically influenced corrosion (MIC).

In the 2008 edition, a section permitting performance-based testing was added, providing guidance on alternative means for determining testing frequencies based on system/component failure rates. Component replacement testing tables were introduced in this edition to provide guidance for the appropriate tests to be performed following replacement of system components. Inspection, testing, and maintenance requirements for water mist systems were extracted from NFPA 750 and were inserted into a new chapter. This action consolidated inspection, testing, and maintenance requirements for all water-based fire protection systems into one document.

NFPA and National Fire Protection Association are registered trademarks of the National Fire Protection Association, Quincy, Massachusetts 02169.

# NFPA 25

Standard for the

## Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems

### 2017 Edition

IMPORTANT NOTE: This NFPA document is made available for use subject to important notices and legal disclaimers. These notices and disclaimers appear in all publications containing this document and may be found under the heading "Important Notices and Disclaimers Concerning NFPA Standards." They can also be obtained on request from NFPA or viewed at www.nfpa.org/disclaimers.

UPDATES, ALERTS, AND FUTURE EDITIONS: New editions of NFPA codes, standards, recommended practices, and guides (i.e., NFPA Standards) are released on scheduled revision cycles. This edition may be superseded by a later one, or it may be amended outside of its scheduled revision cycle through the issuance of Tentative Interim Amendments (TIAs). An official NFPA Standard at any point in time consists of the current edition of the document, together with all TIAs and Errata in effect. To verify that this document is the current edition or to determine if it has been amended by TIAs or Errata, please consult the National Fire Codes® Subscription Service or the "List of NFPA codes & standards" at www.nfpa.org/docinfo. In addition to TIAs and Errata, the document information pages also include the option to sign up for alerts for individual documents and to be involved in the development of the next edition.

NOTICE: An asterisk (*) following the number or letter designating a paragraph indicates that explanatory material on the paragraph can be found in Annex A.

A reference in brackets [ ] following a section or paragraph indicates material that has been extracted from another NFPA document. As an aid to the user, the complete title and edition of the source documents for extracts in mandatory sections of the document are given in Chapter 2 and those for extracts in informational sections are given in Annex H. Extracted text may be edited for consistency and style and may include the revision of internal paragraph references and other references as appropriate. Requests for interpretations or revisions of extracted text shall be sent to the technical committee responsible for the source document.

Information on referenced publications can be found in Chapter 2 and Annex H.

## Chapter 1 Administration

**1.1 Scope.** This document establishes the minimum requirements for the periodic inspection, testing, and maintenance of water-based fire protection systems and the actions to undertake when changes in occupancy, use, process, materials, hazard, or water supply that potentially impact the performance of the water-based system are planned or identified.

**1.1.1 Coordination with NFPA 72 Testing Requirements.** This standard does not address all of the inspection, testing, and maintenance of the electrical components of the automatic fire detection equipment used to activate preaction and deluge systems that are addressed by NFPA 72.

Δ **1.1.1.1** The inspection, testing, and maintenance required by this standard and NFPA 72 shall be coordinated so that the system operates as intended.

**1.1.1.2*** All inspections, testing, and maintenance required by NFPA 72 shall conform to NFPA 72, and all inspections, testing, and maintenance required by this standard shall conform to this standard.

**1.1.2 Types of Systems.**

**1.1.2.1** The types of systems addressed by this standard include, but are not limited to, sprinkler, standpipe and hose, fixed water spray, private fire hydrants, water mist, and foam water.

**1.1.2.2** Water supplies that are part of these systems, such as private fire service mains and appurtenances, fire pumps and water storage tanks, and valves that control system flow, are also included in this standard.

**1.1.3*** This standard addresses the operating condition of fire protection systems as well as impairment handling and reporting and applies to fire protection systems that have been properly installed in accordance with generally accepted practice.

**1.1.3.1*** This standard does not require the inspector to verify the adequacy of the design of the system.

**1.1.4*** Corrective action needed to ensure that a system operates in a satisfactory manner shall be in accordance with this standard unless this standard specifically refers to an appropriate installation standard.

Δ **1.1.5** Unless required by Chapter 16, this standard shall not apply to sprinkler systems designed, installed, and maintained in accordance with NFPA 13D.

**1.2* Purpose.**

**1.2.1** The purpose of this document is to provide requirements that ensure a reasonable degree of protection for life and property from fire through minimum inspection, testing, and maintenance methods for water-based fire protection systems.

**1.2.2** In those cases where it is determined that an existing situation involves a distinct hazard to life or property, the authority having jurisdiction shall be permitted to require inspection, testing, and maintenance methods in excess of those required by the standard.

**1.3* Application.**

**1.3.1*** It is not the intent of this standard to limit or restrict the use of other inspection, testing, or maintenance programs that provide an equivalent level of system integrity and performance to that detailed in this standard.

**1.3.2** The authority having jurisdiction shall be consulted and approval obtained for such alternative programs.

**1.4* Units.** Metric units of measurement in this standard are in accordance with the modernized metric system known as the International System of Units (SI).

**1.4.1** If a value for measurement as given in this standard is followed by an equivalent value in other units, the first stated shall be regarded as the requirement. A given equivalent value shall be considered to be approximate.

## Chapter 4   General Requirements

**4.1 Responsibility of Property Owner or Designated Representative.**

**4.1.1\* Responsibility for Inspection, Testing, Maintenance, and Impairment.** The property owner or designated representative shall be responsible for properly maintaining a water-based fire protection system.

**4.1.1.1\*** Inspection, testing, maintenance, and impairment procedures shall be implemented in accordance with those established in this document and in accordance with the manufacturer's instructions.

**4.1.1.2** Inspection, testing, and maintenance shall be performed by qualified personnel.

**N 4.1.1.2.1\*** The owner shall coordinate with the entity conducting the inspection, testing, and maintenance activities to minimize any water damage caused by the discharge of water.

**4.1.1.3\*** Where the property owner or designated representative is not the occupant, the property owner or designated representative shall be permitted to delegate the authority for inspecting, testing, maintenance, and the managing of impairments of the fire protection system to a designated representative.

**4.1.1.4** Where a designated representative has received the authority for inspecting, testing, maintenance, and the managing of impairments, the designated representative shall comply with the requirements identified for the property owner or designated representative throughout this standard.

**4.1.2\* Freeze Protection.** The property owner or designated representative shall ensure that water-filled piping is maintained at a minimum temperature of 40°F (4°C) unless an approved antifreeze solution is utilized.

**4.1.2.1** All areas of the building containing water-filled piping that does not have another means of freeze protection shall be maintained at a minimum temperature of 40°F (4.0°C).

**4.1.2.2** Aboveground water-filled pipes that pass through open areas, cold rooms, passageways, or other areas exposed to temperatures below 40°F (4.0°C), protected against freezing by insulating coverings, frostproof casings, listed heat tracing systems, or other reliable means, shall be maintained at temperatures between 40°F (4.0°C) and 120°F (48.9°C).

**4.1.2.3** Where other approved means of freeze protection for water-filled piping as described in 4.1.2.2 are utilized, they shall be inspected, tested, and maintained in accordance with this standard.

**4.1.3\* Accessibility.** The property owner or designated representative shall provide ready accessibility to components of water-based fire protection systems that require inspection, testing, and maintenance.

**4.1.4 Notification of System Shutdown or Testing.** The property owner or designated representative shall notify the authority having jurisdiction, the fire department, if required, and the alarm-receiving facility before testing or shutting down a system or its supply.

**4.1.4.1** The notification of system shutdown or test shall include the purpose for the shutdown or test, the system or component involved, the estimated time of shutdown or test, and the expected duration of the shutdown or test.

**4.1.4.2** The authority having jurisdiction, the fire department, and the alarm-receiving facility shall be notified when the system, supply, or component is returned to service or when the test is complete.

**4.1.5\* Corrections and Repairs.**

**Δ 4.1.5.1\*** The property owner or designated representative shall correct or repair deficiencies or impairments.

**4.1.5.2** Corrections and repairs shall be performed by qualified maintenance personnel or a qualified contractor.

**4.1.6\* Changes in Occupancy, Use, Process, or Materials.** The property owner or designated representative shall not make changes in the occupancy, the use or process, or the materials used or stored in the building without evaluation of the fire protection system(s) for its capability to protect the new occupancy, use, or materials.

**N 4.1.6.1** The evaluation required by 4.1.6 shall not be considered part of the normal inspection, testing, and maintenance required by this standard.

**4.1.6.2\*** The evaluation shall consider factors that include, but are not limited to, the following:

(1) Occupancy changes such as converting office or production space into warehousing
(2) Process or material changes such as metal stamping to molded plastics
(3) Building revisions such as relocated walls, added mezzanines, and ceilings added below sprinklers
(4) Removal of heating systems in spaces with piping subject to freezing
(5) Changes to the storage method, arrangement, height or commodities
(6) Changes in water supplies

**4.1.7\* Addressing Changes in Hazard.**

**4.1.7.1** Where changes in the occupancy, hazard, water supply, storage commodity, storage arrangement, building modification, or other condition that affects the installation criteria of the system are identified, the property owner or designated representative shall promptly take steps to evaluate the adequacy of the installed system in order to protect the building or hazard in question.

**4.1.7.2** Where the evaluation reveals that the installed system is inadequate to protect the building or hazard in question, the property owner or designated representative shall make the required corrections.

**4.1.7.3** Corrections shall be approved.

**4.1.8 Valve Location.** The location of shutoff valves shall be identified at the system riser or other approved locations.

**4.1.9 Information Sign.**

**4.1.9.1** A permanently marked metal or rigid plastic information sign shall be placed at the system control riser supplying an antifreeze loop, dry system, preaction system, or auxiliary system control valve.

4.1.9.2 Each sign shall be secured with a corrosion-resistant wire, chain, or other approved means and shall indicate at least the following information:

(1) Location of the area served by the system
(2) Location of auxiliary drains and low-point drains for dry pipe and preaction systems
(3) The presence and location of antifreeze or other auxiliary systems
(4) The presence and location(s) of heat tape

N 4.1.10 **Antifreeze Information Sign.** An antifreeze information sign shall be placed on the antifreeze system main valve, which indicates the manufacture type and brand of the antifreeze solution, the concentration by volume of the antifreeze solution used, and the volume of the antifreeze solution used in the system.

4.1.11 **Impairments.**

4.1.11.1 Where an impairment to a water-based fire protection system occurs or is identified during inspection, testing, or maintenance activities, the procedures outlined in Chapter 15 shall be followed, including the attachment of a tag to the impaired system.

4.1.11.2 Where a water-based fire protection system is returned to service following an impairment, the system shall be verified to be working properly by means of an appropriate inspection or test as described in the table "Summary of Component Replacement [Action] Requirements" in the applicable chapters of this document.

4.2 **Manufacturer's Corrective Action.** Manufacturers shall be permitted to make modifications to their own listed product in the field with listed devices that restore the original performance as intended by the listing, where acceptable to the authority having jurisdiction.

4.3 **Records.**

4.3.1* Records shall be made for all inspections, tests, and maintenance of the system and its components and shall be made available to the authority having jurisdiction upon request.

4.3.1.1* Records shall be permitted to be stored and accessed electronically.

4.3.2 Records shall indicate the following:

(1) The procedure/activity performed (e.g., inspection, test, or maintenance)
(2) The organization that performed the activity
(3) The required frequency of the activity
(4) The results and date of the activity
(5) The name and contact information of the qualified contractor or owner, including lead person for activity

4.3.3* Records shall be maintained by the property owner.

4.3.4 As-built system installation drawings, hydraulic calculations, original acceptance test records, and device manufacturer's data sheets shall be retained for the life of the system.

4.3.5 Subsequent records shall be retained for a period of 1 year after the next inspection, test, or maintenance of that type required by the standard.

4.4 **Water Supply Status.** During inspection, testing, and maintenance, water supplies, including fire pumps, shall remain in service unless under constant attendance by qualified personnel or unless impairment procedures in Chapter 15 are followed.

4.5* **Inspection.** System components shall be inspected at intervals specified in the appropriate chapters.

4.6 **Testing.**

4.6.1 All components and systems shall be tested to verify that they function as intended.

N 4.6.1.1 When automated testing in accordance with 4.6.6 is being utilized, the testing shall be observed at a minimum frequency of once every three years.

N 4.6.1.2 Where the automated testing cannot be visually observed, the testing shall be conducted manually at a minimum frequency of once every three years.

4.6.2 The frequency of tests shall be in accordance with this standard.

4.6.3 Fire protection system components shall be restored to full operational condition following testing, including reinstallation of plugs and caps for auxiliary drains and test valves.

4.6.4* Test results shall be compared with those of the original acceptance test (if available) and with the most recent test results.

4.6.5* When a component or subsystem is adjusted, repaired, reconditioned, or replaced, it shall be tested in accordance with the original acceptance test required for that subsystem or the requirements where specified by the standard.

4.6.6* **Automated Inspection and Testing.**

N 4.6.6.1 Automated inspection and testing procedures performed in accordance with the requirements in this standard shall be permitted to be used.

N 4.6.6.2* Automated inspection equipment that meets the intent of a required visual inspection shall be permitted to replace the visual inspection.

N 4.6.6.3 Automated testing equipment shall produce the same action required by this standard to test a device.

N 4.6.6.4 The testing shall discharge water where required in this standard.

N 4.6.6.4.1 Automated testing equipment that flows water flow for a test shall be permitted to circulate water except as required in 4.6.6.4.2.

N 4.6.6.4.2* The discharge shall be visually observed at a minimum frequency of once every three years.

N 4.6.6.5 Where required in this standard, personnel shall observe the testing and intervene in the testing procedures when necessary to prevent injury or property damage.

N 4.6.6.6 Automated test devices and equipment shall be listed for the purpose of the test being conducted.

N 4.6.6.7 Failure of the testing equipment shall not impair the operation of the system unless indicated by a supervisory signal in accordance with *NFPA 72.*

N 4.6.6.8 Failure of a component or system to pass an automated test shall result in an audible supervisory signal.

N 4.6.6.9 Failure of automated inspection and testing equipment shall result in a trouble signal in accordance with NFPA 72.

N 4.6.6.10 Failure of a component or system that impairs the system shall require that impairment procedures be followed.

N 4.6.6.11 The testing frequencies of this standard shall be maintained regardless of the functionality of the automated testing equipment.

N 4.6.6.12 A record of all inspections and testing shall be maintained in accordance with 4.3.2.

**4.7\* Performance-Based Compliance Programs.** Components and systems shall be permitted to be inspected, tested, and maintained under an approved performance-based program.

N 4.7.1\* Performance-based programs shall have clearly identifiable goals and clearly define how the program meets those goals.

N 4.7.2 Compliance with an approved performance-based program shall be deemed as compliance with this standard.

N 4.7.3 The goals and goal achievement obtained with the approved performance-based program shall be reviewed a minimum of every three years and ITM frequencies adjusted to reflect current conditions and the historical record.

N 4.7.4 The historical record shall be available for review by the authority having jurisdiction.

Δ **4.8 Maintenance.** Maintenance shall be performed to keep the system equipment operable.

**4.9 Safety.**

**4.9.1 General.** Inspection, testing, and maintenance activities shall be conducted in accordance with applicable safety regulations.

**4.9.2 Confined Spaces.** Legally required precautions shall be taken prior to entering confined spaces such as tanks, valve pits, or trenches.

**4.9.3 Fall Protection.** Legally required equipment shall be worn or used to prevent injury from falls to personnel.

**4.9.4 Hazards.** Precautions shall be taken to address any hazards, such as protection against drowning where working on the top of a filled embankment or a supported, rubberized fabric tank, or over open water or other liquids.

**4.9.5\* Hazardous Materials.**

4.9.5.1 Legally required equipment shall be used where working in an environment with hazardous materials present.

4.9.5.2 The property owner or designated representative shall advise anyone performing inspection, testing, and maintenance on any system under the scope of this document, with regard to hazardous materials stored on the premises.

**4.9.6\* Electrical Safety.**

N 4.9.6.1 Legally required precautions shall be taken when testing or maintaining electric controllers for motor-driven fire pumps.

N 4.9.6.2 At a minimum, the provisions of NFPA 70E shall be applied.

## Chapter 5 Sprinkler Systems

**5.1 General.**

**5.1.1 Minimum Requirements.**

5.1.1.1 This chapter shall provide the minimum requirements for the routine inspection, testing, and maintenance of sprinkler systems.

Δ 5.1.1.2 Table 5.1.1.2 shall be used to determine the minimum required frequencies for inspection, testing, and maintenance.

**5.1.2 Common Components and Valves.** Common components and valves shall be inspected, tested, and maintained in accordance with Chapter 13.

**5.1.3 Obstruction Investigations.** The procedures outlined in Chapter 14 shall be followed where there is a need to conduct an obstruction investigation.

**5.1.4 Impairments.** The procedures outlined in Chapter 15 shall be followed where an impairment to protection occurs.

**5.1.5 Hose Connections.** Hose connections shall be inspected, tested, and maintained in accordance with Chapters 6 and 13.

**5.2\* Inspection.**

**5.2.1 Sprinklers.**

5.2.1.1 Sprinklers shall be inspected from the floor level annually.

5.2.1.1.1\* Any sprinkler that shows signs of any of the following shall be replaced:
(1) Leakage
(2) Corrosion detrimental to sprinkler performance
(3) Physical damage
(4) Loss of fluid in the glass bulb heat-responsive element
(5) Loading detrimental to sprinkler performance
(6) Paint other than that applied by the sprinkler manufacturer

5.2.1.1.2 Any sprinkler that has been installed in the incorrect orientation shall be corrected by repositioning the branchline, drop, or sprig, or shall be replaced.

5.2.1.1.3\* Sprinklers installed in concealed spaces such as above suspended ceilings shall not require inspection.

5.2.1.1.4 Sprinklers installed in areas that are inaccessible for safety considerations due to process operations shall be inspected during each scheduled shutdown.

5.2.1.1.5 Escutcheons and coverplates for recessed, flush, and concealed sprinklers shall be replaced with their listed escutcheon or coverplate if found missing during the inspection.

N 5.2.1.1.5.1 Where the listed escutcheon or coverplate from a listed assembly is missing and is no longer commercially available, the sprinkler shall be replaced.

5.2.1.1.6 Escutcheons for pendent sprinklers that are not recessed, flush, or concealed shall not be required to be replaced if found missing during the inspection.

5.2.1.2\* The minimum clearance to storage as described in 5.2.1.2.1 through 5.2.1.2.6 shall be maintained below all sprinkler deflectors.